UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Frank P. Harvey & Sons, Inc., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 04-40228-FDS |
| | ) | |
| Commissioner of the Internal Revenue Service, | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION**

The parties, through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs, fees and expenses.

Respectfully submitted,

_____
STEVEN M. LaFORTUNE
LaFortune & LaFortune
89 Main Street
Andover, MA 01810
978-475-6177

COUNSEL FOR THE PLAINTIFF
FRANCIS HARVEY & SONS, INC.

_____
GLENN J. MELCHER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, DC 20044
Telephone: (202) 307-6573
Facsimile: (202) 514-5238
Glenn.J.Melcher@usdoj.gov

COUNSEL FOR THE DEFENDANT
COMMISSIONER OF THE
INTERNAL REVENUE SERVICE